DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AARON S. COCUZZO,**
Appellant,

v.

**BRIAN TAYLOR** and **ANGELA GAUTHIER,**
Appellees.

No. 4D22-766

[July 6, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502017CA004961.

Samuel Alexander of Alexander Appellate Law P.A., DeLand, for appellant.

Kenneth M. Rehns of Ward Damon PL, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and CONNER, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***